928

No. 910. SIMLER *v.* CONNER ET AL. C. A. 10th Cir. Certiorari denied. *John B. Ogden* for petitioner. *Leslie L. Conner, pro se,* and *James M. Little* for respondent Conner.

No. 704. HILLEGAS *v.* SAMS, COUNTY ATTORNEY FOR LOWNDES COUNTY, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jack Greenberg, James M. Nabrit III, Anthony G. Amsterdam, R. Jess Brown* and *Jack H. Young* for petitioner. *Joe T. Patterson,* Attorney General of Mississippi, and *William A. Allain,* Assistant Attorney General, for respondents.

No. 856. LORD ET AL. *v.* HELMANDOLLAR ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted and the judgment of the United States Court of Appeals for the District of Columbia Circuit reversed. *Jose del Castillo, Gervasio G. Sese* and *Cornelio O. Lopez* for petitioners. *Solicitor General Marshall, Assistant Attorney General Weisl, S. Billingsley Hill* and *Raymond N. Zagone* for respondents.

No. 556, Misc. PAGANO *v.* UNITED STATES; and
No. 633, Misc. CASTELLANA ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Daniel H. Greenberg* for petitioner in No. 556, Misc. *Nathan Kestnbaum* for petitioners in No. 633, Misc.

No. 989, Misc. HOLLAND *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.